UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRENNEN HYATT, Individually and on : 
Behalf of All Other Persons Similarly Situated, :
                                           Plaintiff, :  14 Civ. 9283 (KBF)

             v. :

VIVINT SOLAR, INC., et al., :

                                         Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THOMAS LIMA, Individually and on Behalf :
of All Other Persons Similarly Situated, :

                                           Plaintiff, :  14 Civ. 9709 (KBF)

             v. :

VIVINT SOLAR, INC., et al., :

                                           Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF THE UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

      PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of the Underwriter Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, the Memorandum of Law in Support of the Vivint Solar Defendants' and The Blackstone Group L.P.'s Motion to Dismiss the Second Consolidated Amended Complaint, the Declaration of Matthew S. Barkan, dated May 6, 2015, and exhibits thereto, and upon all prior papers and proceedings herein, the Underwriter Defendants will move this Court before the Honorable Katherine B. Forrest, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on June 26, 2015 at 10:00 a.m., or at such other date and time as may be designated by the Court, pursuant to Federal Rules of Civil Procedure 8(a), 9(b),

- 2 -

and 12(b)(6) and 15 U.S.C. §§ 77k(a), 77*l*(a)(2), for an order dismissing the Second Consolidated Amended Complaint against the Underwriter Defendants with prejudice and granting such other and further relief as this Court may deem just and proper.

        WACHTELL, LIPTON, ROSEN & KATZ

By:    /s/ Paul Vizcarrondo, Jr.
     Paul Vizcarrondo, Jr. (PVizcarrondo@wlrk.com)
     Carrie M. Reilly (CMReilly@wlrk.com)
     Steven Winter (SWinter@wlrk.com)
     51 West 52nd Street
     New York, NY  10019
     Telephone:  (212) 403-1000
     Fax:  (212) 403-2000

*Attorneys for Defendants Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., Deutsche Bank Securities Inc., Morgan Stanley & Co. LLC, Barclays Capital Inc. and Blackstone Advisory Partners L.P.*

Dated:   New York, NY
          May 6, 2015