# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROBBY SHAWN STADNICK, individually and on behalf of all other similarly situated,
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

VIVINT SOLAR, INC., et al.
(List the full name(s) of the defendant(s)/respondent(s).)

14 CV 9283 (KBF)( )
Related Case: 14-cv-09709-KBF

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Robby Shawn Stadnick
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: Dec. 10, 2015 (Order) and Dec. 11, 2015 (Judgment)
(date that judgment or order was entered on docket)

that: dismissed Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

January 5, 2016
Dated

Signature*

Apton, Adam M.
Name (Last, First, MI)

Levi & Korsinsky LLP, 1101 30th Street NW, Suite 115, Washington, DC 20007
Address                        City              State              Zip Code

(202) 524-4290                                    AApton@zlk.com
Telephone Number                                  E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13